# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA WACKER, | Case No.: 2:25-cv-00703-APG-BNW |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| BROWN & BROWN INSURANCE SERVICES, INC., et al., | |
| Defendants | |

I ORDER that plaintiff Victoria Wacker's certificate of interested parties (ECF No. 3) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by May 6, 2025.

DATED this 22nd day of April, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE