CHARLES S. JACKSON, ESQ.
Nevada Bar No. 13158
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile:  (702) 444-4455
Email: charlie@richardharrislaw.com
*Attorneys for Plaintiff*



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

VICTORIA WACKER, an individual

                    Plaintiff,

        vs.

BROWN & BROWN INSURANCE
SERVICES, INC., a Foreign Corporation;
AMERICAN MODERN HOME
INSURANCE COMPANY, a Foreign
Corporation; DOES 1-20 and ROE
BUSINESS ENTITIES 1-20, inclusive,

                    Defendants.

CASE NO.:  2:25-cv-00703-GMN-BNW

**ORDER GRANTING
STIPULATION FOR DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, VICTORIA

WACKER and Defendants BROWN & BROWN INSURANCE SERVICES INC. and AMERICAN

MODERN HOME INSURANCE COMPANY, by and through their attorneys of record, that the

///

///

///

///

///

///

///

above-entitled matter be dismissed with prejudice, with each of the parties to bear their own attorney

fees and costs herein incurred.

DATED this 6th day of January, 2026.                    DATED this 6th day of January, 2026.

**RICHARD HARRIS LAW FIRM**                             **ANDERSON, McPHARLIN**
                                                        **& CONNERS, LLP**

*/s/ Charles S. Jackson, Esq.*                          */s/ Vincent James John Romeo, Esq.*
CHARLES S. JACKSON, ESQ.                                Carleton R. Burch, Esq.
Nevada Bar No. 13158                                    Nevada Bar No. 10527
801 South Fourth Street                                 Vincent James John Romeo, Esq.
Las Vegas, NV 89101                                     Nevada Bar No. 9670
*Attorneys for Plaintiffs*                              601 South 7th Street
                                                        Las Vegas, NV 89101
                                                        *Attorneys for Defendant*
                                                        *American Modern Home Insurance Company*

DATED this 6th day of January 2026.

**DUANE MORRIS, LLP**

*/s/ Daniel Heidtke, Esq.*
Daniel Heidtke, Esq.
Nevada Bar No. 12975
Ely Markarian, Esq.
Nevada Bar No. 16108
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
*Attorneys for Defendant*
*Brown & Brown Insurance Services, Inc.*

## ORDER

BASED UPON THE STIPULATION OF THE PARTIES and good cause appearing,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against the Defendants be dismissed with prejudice; each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** that American Modern Home Insurance Company's Motion to Dismiss, (ECF No. 11), is **DENIED** as **MOOT**.

The Clerk of Court is kindly directed to close this case.

**DATED** this ___7___ day of January, 2026.


_____
Gloria M. Navarro, District Judge
United States District Court


Respectfully submitted by:

**RICHARD HARRIS LAW FIRM**


*/s/ Charles S. Jackson, Esq.*
CHARLES S. JACKSON, ESQ.
Nevada Bar No. 13158
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

| | |
|---|---|
| **From:** | Heidtke, Daniel B. |
| **To:** | Mary Eagar; Vincent James John Romeo |
| **Cc:** | Cahill, Thomas J.; Charlie Jackson |
| **Subject:** | RE: Victoria Wacker v. Brown & Brown Insurance Services, Inc., et al |
| **Date:** | Tuesday, January 6, 2026 10:56:14 AM |
| **Attachments:** | image001.png |

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

You may add my /s/ and file.

Thanks,
Danny

**Danny Heidtke**
Partner
Co-Chair, Insurance Division
Duane Morris LLP
**P:** (512) 277-2261
**F:** (702) 543-3263
**C:** (847) 840-7783

dbheidtke@duanemorris.com
www.duanemorris.com

---

**From:** Mary Eagar <mary@richardharrislaw.com>
**Sent:** Tuesday, January 6, 2026 12:41 PM
**To:** Heidtke, Daniel B. <DBHeidtke@duanemorris.com>; Vincent James John Romeo <vjjr@amclaw.com>
**Cc:** Cahill, Thomas J. <TJCahill@duanemorris.com>; Charlie Jackson <Charlie@richardharrislaw.com>
**Subject:** RE: Victoria Wacker v. Brown & Brown Insurance Services, Inc., et al

Here is the Stipulation and Order to Dismiss.  Please let us know if you have any changes and if we can e-sign for you.

Thanks,

## MARY EAGAR

PARALEGAL
**DIRECT:**  702.444.4421
mary@harris.legal

| From: | Vincent James John Romeo |
|---|---|
| To: | Mary Eagar; Heidtke, Daniel B. |
| Cc: | Cahill, Thomas J.; Charlie Jackson |
| Subject: | RE: Victoria Wacker v. Brown & Brown Insurance Services, Inc., et al |
| Date: | Tuesday, January 6, 2026 10:59:44 AM |
| Attachments: | image001.png |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

You are authorized to apply my e-signature to the Stipulated Dismissal.

Vincent James John Romeo
Anderson, McPharlin & Conners LLP
601 South 7th St.
Las Vegas, NV 89101
725-204-8492 - Direct
702-479-1010 - Main
702-479-1025 - Fax



---

**From:** Mary Eagar <mary@richardharrislaw.com>
**Sent:** Tuesday, January 6, 2026 10:41 AM
**To:** Heidtke, Daniel B. <DBHeidtke@duanemorris.com>; Vincent James John Romeo <vjjr@amclaw.com>
**Cc:** Cahill, Thomas J. <TJCahill@duanemorris.com>; Charlie Jackson <Charlie@richardharrislaw.com>
**Subject:** **EXTERNAL** RE: Victoria Wacker v. Brown & Brown Insurance Services, Inc., et al

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

---

Here is the Stipulation and Order to Dismiss.  Please let us know if you have any changes and if we can e-sign for you.

Thanks,



## MARY EAGAR

PARALEGAL

DIRECT: 702.444.4421

mary@harris.legal